594

330 A.2d 856
Joseph R. SIEGERT, Appellant,
v.
Joseph Patrick GORHAM et al.

Appeal of Morton S. POWLEN.

Supreme Court of Pennsylvania.
Argued Dec. 6, 1974.
Decided Jan. 27, 1975.

Joseph R. Siegert, Philadelphia, for Joseph R. Siegert.

Murry Powlen, Philadelphia, for Morton S. Powlen.

I. Raymond Kremer, Philadelphia, for Joseph Patrick Gorham.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS and MANDERINO, JJ.

PER CURIAM.
Decree affirmed. Costs to be paid by appellant.

POMEROY and NIX, JJ., took no part in the consideration or decision of this case.

ROBERTS, J., filed a concurring opinion in which JONES, C. J., joins.

ROBERTS, Justice (concurring).
I concur in the affirmance of the decree solely because the issue whether counsel's contingent fees of over $150,000.00 out of a verdict of $275,000.00 * in a negli-

* Final recovery, including interest and costs, totalled almost $315,-000.00.

gence action is excessive is not presented for decision. If this issue had been presented, it would have raised serious questions of the propriety of those fees. See Code of Professional Responsibility, disciplinary rule 2–106, 438 Pa. liii-liv (1970).

JONES, C. J., joins in this concurring opinion.